UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN PINNEY, also known as GITAPUSHY VAL ANGEL, ) ) ) ) Plaintiff, ) ) ) Civil Action No. v. ) 23-10512-FDS ) CITY OF CAMBRIDGE, et al., ) ) Defendants. ) ) | |

### ORDER

**SAYLOR, C.J.**

In March 2023, Jonathan Pinney, also known as Gitapushy Val Angel, filed a complaint against the City of Cambridge, Massachusetts, containing allegations of misconduct. A person identified as "Heidi Mae Weilmuenster" was also included in the complaint as both a plaintiff and a defendant, but without an address or other identification.

On May 5, 2023, Magistrate Judge Jennifer C. Boal issued a report and recommendation advising that the action be dismissed in its entirety for (1) failure to comply with an earlier order to amend his complaint, (2) failure to prosecute, and (3) failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2). The Magistrate Judge directed plaintiff to file any objections to the recommendation of dismissal within 14 days of service in accordance with Fed. R. Civ. P. 72(b). While that recommendation was pending, plaintiff filed a new action, while in custody at the Bridgewater State Hospital, under the name Jonathan Pinney. *See Pinney v Bridgewater State Hosp.*, No. 23-11006 (D. Mass.). The Court granted plaintiff additional time to respond to the Magistrate Judge's report and recommendation, extending the deadline to

July 19, 2023.  (ECF No. 8).  Plaintiff did not file any objections to the Report and Recommendation, nor amend his complaint in accordance with the Magistrate Judge's order. Since that deadline passed, he has filed a number of other letters and requests, but none have addressed the Magistrate Judge's recommendations.

      Upon review and careful consideration of the Report and Recommendation of the Magistrate Judge, the Court hereby ADOPTS the recommendation in its entirety.  *See* 28 U.S.C. § 636(b)(1).  Accordingly, the action is DISMISSED without prejudice.  The clerk is directed to enter a separate order of dismissal.

**So Ordered.**

|  |  |
|---|---|
| Dated:  November 6, 2023 | /s/ F. Dennis Saylor IV<br>F. Dennis Saylor IV<br>Chief Judge, United States District Court |